# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ERIC BRANDT, individually and on behalf of all others similarly situated,**　§§§§§<br><br>　*Plaintiff,*　§§<br><br>v.　§§§<br><br>**MIKE TERRY AUTOMATIVE GROUP LLC,**　§§§§<br><br>　*Defendant.*　§ | No. 6:25-CV-00240-LS |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 12, 2025

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**